IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHARLETTE BERRY                                                           PLAINTIFF

v.                              No. 4:22-cv-602-DPM

CAPELLA UNIVERSITY, LLC                                                   DEFENDANT

JUDGMENT

Berry's first amended complaint is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 February 2023